MACEDO SOARES, INC., Respondent, *v.* JOSE GUERTZENSTEIN, Appellant.

Submitted April 6, 1953; decided April 16, 1953.

*Nathan H. Herman* for motion.

*Louis Okin* opposed.

Motion dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution.